UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUN EDWARDS #265228,

        Petitioner,               Case No. 1:14CV812

v.                                             Hon. Robert J. Jonker

CARMEN PALMER,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 3, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 3, 2014, is approved and adopted as the opinion of the court.

      **IT IS ORDERED** that the habeas corpus petition is denied as barred by the one-year statute of limitations.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

                                                      /s/Robert J. Jonker
                                                     ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE

DATED: September 23, 2014.